FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Cavett 94507
(Last Name) (Identification Number)

Nicholas Demond
(First Name) (Middle Name)

Hinds County Detention Center (Jail)
(Institution)

1450 County Farm Rd Raymond, Ms 39154
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2017
ARTHUR JOHNSTON
BY ____ DEPUTY

V. CIVIL ACTION NUMBER: 3:17cv509-DCB-LRA
(to be completed by the Court)

Hinds County Board of Supervisors,
Hinds County, Sheriff Victor Mason,
Warden Mary Rushing, et. al

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ ) No ( )

B. Are you presently incarcerated?
Yes ( ✓ ) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No ( ✓ )

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No ( ✓ )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: ~~Nicolas~~ Nicholas D. Cavett ~~Prisoner~~ JACKET Number: 94507

Address: 1450 County Farm Road Baymond, Ms 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Board of Supervisors is employed as Hinds County Board of Supervisors at Hinds County Jail (Baymond Jail)

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| ~~Nicolas~~ Nicholas Demond Cavett | 1450 COUNTY FABM Boad BAYMOND, MS 39154 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| BOARD OF SUPERVISOBS | P.O. Box 686 Jackson, MS 39205 |
| Hinds County Sheriff Victor Moson | 407 E. PASCAGOULA ST. JACKSON, MS 39201 |
| WABDEN MARY RUSHING | 1450 COUNTY FARM BOAD BAYMOND, MS 39154 |
| HINDS COUNTY | |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( / )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:____________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:____________________

4. Name of judge to whom case was assigned:____________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)____________________

CASE NUMBER 2.

1. Parties to the action:____________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:____________________

4. Name of judge to whom case was assigned:____________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)____________________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Throughout my entire stay at the Hinds County Detention Center (Jail), I, ~~Nicolas~~ Nicholas Cavett, has been Subjected to Barbaric Conditions of Confinement such as, Inadequate Furnishing, Ventilation, no Outside Recreation, and Black Mold. When it comes to Inadequate Furnishings, I am not provided With the proper bedding materials I need such as a pillow to adequately get a good nights rest, a new mattress that hasn't been used by another inmate, and/or has no Cover on the mat, no tables or stools are in the cell to adequately read, write, study, litigate, or as the

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Declaration

Preliminary and Permanent injunction

Compensatory Damages

Punitive Damages

Signed this 3 day of June, 20 17.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Nicholas Cavett
Signature of plaintiff

Case may be;

(2) When it Comes to the Ventilation, the Ventilation ducts are clogged up and Causes dust and dirt particles to linger around the air and hinders fresh air to come into the zone. Also, the Vent that are inside my Cell does not blow air during the Summer days, nor do they blow heat during the Winter days

(3) When it comes to the black mold, I am Subjected to it by it being on the Ceiling in the Showers, as Well as in the air, Which Can Cause future health issues

(4) ~~Which~~ When I first arrived at the Hinds County Detention Center January 9, 2016, I Was checked into the booking area Which was filthy. I noticed that the holding Cell had a urine smell that lingered through the air, the toilet and sink was not cleaned as well as the floor. A week later, I was moved to A-pod (A4-5528) and I noticed that the zone was also filthy as Well. The floor had trash lingering around in certain places, the showers had black mold on the walls and ceilings, there was no trash bag on the zone as Well as a broom and/or a dust pan to sweep and pick the trash up with. Three days later, I was moved to A-3 (5110) Which had no lighting Within the cell for me to see So I can be able to read, Write, study, and litigate, not to mention there was an infestation of ants that I had in my Cell.

(5) When it Comes to outside recreation, I am not being afforded outside recreation to recieve fresh air, Sunlight, exercise, or to get a piece of mind. This has been ongoing since I have first arrived at the facility January 9, 2016.

## LEGAL CLAIMS

(6) Plaintiff reallege and incorporate by reference paragraphs 1-5.

(7) The Conditions of Confinement, Inadequate Furnishings, Ventilation, no Outside Recreation, and Black Mold, violated Plaintiff Nicolas Cavett's rights and constituted the FIFTH and (Due Process Clause) of the Fourteenth Amendment to the United States Constitution.

(8) The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the ~~declaratory~~ declaratory and injunctive relief which plaintiff seeks.

## PRAYER FOR RELIEF

~~(9)~~ WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff:

(9) A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

(10) A preliminary and permanent injunction ordering defendants Hinds County Board of Supervisors, Hinds County, Sheriff Victor Mason, Warden Mary Rushing to act to curb the overall Barbaric Conditions of Confinement, and

(11) Granting Plaintiff Cavett Compensatory damages in the amount of $60,000 against each defendant, jointly and severally.

(12) Plaintiff seeks punitive damages in the amount of $20,000. Plaintiff Cavett seeks these damages against each defendant, jointly and Severally.

(13) Plaintiff also seek a jury trial on all issues triable by jury.

(14) Plaintiff also seek recovery of his costs in this suit, and

(15) Any additional relief this Court deems just, proper, and equitable.

Dated: June 3, 2017

Respectfully Submitted,
~~Nicolas~~ Nicholas Cavett # 94507
Hinds County Detention Center
1450 County Farm ROAD
Raymond, Ms 39154

VERIFICATION

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, I certify under penalty of perjury that the foregoing is true and correct.

Executed at Raymond, MISSISSIPPI on June 3, 2017.

S/Nicholas Cavett
~~Nicolas~~ Nicholas Cavett